The STATE of Texas

v.

R.A. KNAPP et al.

No. C-6795.

Supreme Court of Texas.

Dec. 9, 1987.

Joint motion of the parties filed herein on November 25, 1987 in this cause having been duly considered, it is ordered that the joint motion be, and hereby is, granted.

The applications for writ of error are granted, the judgments of the courts below are set aside and the causes are dismissed without reference to the merits of the appeals. Costs shall be taxed according to the settlement agreement of the parties.